**1663** GRANT vs. BOARD OF PUBLIC WORKS AND COMMON COUNCIL OF THE CITY OF DETROIT, No. 12334, 91 M., 274.

To compel the council to confirm a contract entered into between relator and the Board of Public Works and the board to proceed with the work.

Denied April 8, 1892, with costs.

**1664** TALBOT PAVING COMPANY vs. COMMON COUNCIL OF THE CITY OF DETROIT, No. 12095, 91 M., 262.

To compel respondent to ratify and confirm a contract for paving.

Denied April 8, 1892, with costs.

In this cause an amended answer was filed. Issues were framed, settled and sent to the Wayne Circuit for trial. After trial a bill of exceptions was settled, filed and case noticed for argument.

**1665** COMMON COUNCIL (Grand Rapids) vs. BOARD OF PUBLIC WORKS (Grand Rapids), No. 13762, 99 M., 392. (Certiorari to Kent.)

To compel respondent to proceed with the pavement of a street in the manner directed by a certain resolution adopted by the Common Council, in a case where the respondent claimed the right to change the character of the material used.

The circuit judge granted the writ.

Affirmed March 20, 1894, without costs.

**1666** COMMON COUNCIL OF GRAND RAPIDS vs. BOARD OF PUBLIC WORKS, Nos. 12071-12072, 87 M., 113.

To compel the board to proceed with the pavement of certain streets.

Granted June 30, 1891.